# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.A.L.C. on behalf of himself and on behalf of his minor child, L.L.G., *Plaintiffs*, v. UNITED STATES OF AMERICA, *Defendant*. | Hon. Michael A. Shipp, U.S.D.J. Civil Action No. 22-06587 (MAS) **CONSENT ORDER** |

THIS MATTER having been brought before the Court by Defendant United States of America seeking an extension of time to answer, move, or otherwise respond to the Complaint until March 6, 2023; and counsel for Plaintiffs having consented to that date; and for good cause having been shown;

IT IS on this __18th__ day of __January__, 2023,

ORDERED that Defendant shall answer, move, or otherwise respond to the Complaint by **March 6, 2023**.

                                                  s/Douglas E. Arpert
                                          HON. Douglas E. Arpert
At Trenton, New Jersey                United States Magistrate Judge