

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Samantha R. D'Aversa*
*Assistant United States Attorney*

*401 Market Street*
*P.O. Box 2098*
*Camden, NJ 08101*
samantha.daversa@usdoj.gov

main: (856) 757-5026
direct: (856) 968-4928
fax:   (856) 757-5416

April 12, 2024

**Via Electronic Filing**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    ***B.Y.C.C., et al. v. United States***, No. 22-cv-06586-MAS
            ***J.A.L.C., et al. v. United States***, No. 22-cv-06587-MAS
            ***R.J.P., et al. v. United States***, No. 22-cv-06588-MAS
            **Conditional Settlements and Joint Request for 60-Day Administrative Termination**

Dear Judge Shipp:

    This Office represents Defendant the United States of America in the above-referenced matters. We write with the consent of Plaintiffs' counsel to inform the Court that the parties have reached conditional settlements in all three actions, subject to the finalization of settlement terms, this Court's approval of the settlements of the minor Plaintiffs' claims, and the approval of the Attorney General of the United States or his designee.

    As the parties work to finalize these settlements, and to avoid unnecessary litigation expenses or waste of judicial resources, the United States respectfully requests that the Court issue a "60-day order" administratively terminating these cases without prejudice under Local Civil Rule 41.1(b).

    If this proposal is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the clerk file it on the docket. Thank you very much for your time and consideration of this matter.

                    Respectfully submitted,

                    PHILIP R. SELLINGER
                    United States Attorney

By:   <u>s/ Samantha R. D'Aversa</u>
      JOHN F. BASIAK JR.
      ANGELA JUNEAU
      SAMANTHA R. D'AVERSA
      DAVID INKELES
      Assistant United States Attorneys
      *Attorneys for the United States*

cc:    All counsel of record (via ECF)