# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**           **DATE: July 17, 2024**
**MAGISTRATE JUDGE JUSTIN T. QUINN**
**COURT REPORTER: Digitally recorded**

**TITLE OF CASE:**          **CIVIL 22-6587(MAS)**

J.A.L.C.
V.
UNITED STATES OF AMERICA

**APPEARANCES:**

Nina Rodriguez, Esq., Pati Candelario, Esq., and Natalie Kraner, Esq., on behalf of plaintiffs
John Basiak, AUSA, David Inkeles, AUSA, and Angela Juneau, AUSA, on behalf of defendant

**NATURE OF PROCEEDINGS:**
Friendly hearing re: [50] motion to approve settlement.
Ordered motion granted.
Order filed.

**TIME COMMENCED:** 2:00pm
**TIME ADJOURNED:**  2:30pm
**TOTAL TIME:**      30 minutes

         **s/Elizabeth Beres**
         **Deputy Clerk**